**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

SARAH STEFFEK, individually and on behalf of
all others similarly situated,

                    Plaintiff,

                 *vs.*                   Case No. 1:18-cv-00239-WCG

PHILLIPS & COHEN ASSOCIATES, LTD., a
Delaware Corporation, *et al.*,

                    Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL

    **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Sarah

Steffek, Plaintiff, hereby stipulates to and gives notice of dismissal of this action in its entirety,

with prejudice as to herself and without prejudice as to the rights of the unnamed putative class

members and without further costs or disbursements by or against any party.

    **IT IS SO STIPULATED** this 15th Day of May 2019.


*s/ Ethan G. Ostroff* | *s/ Andrew T. Thomasson*
--- | ---
Ethan G. Ostroff | Francis R. Greene (WI Bar # 1115577)
   *Attorneys for Defendant* | Philip D. Stern (NJ Bar # 045921984)
TROUTMAN SANDERS LLP | Andrew T. Thomasson (NJ Bar # 048362011)
222 Central Park Ave, Suite 2000 |    *Attorneys for Plaintiff*
Virginia Beach, VA 23462 | STERN•THOMASSON LLP
Telephone:  (757) 687-7541 | 150 Morris Avenue, 2nd Floor
Facsimile:  (757) 687-1541 | Springfield, New Jersey 07081-1315
E-Mail: ethan.ostroff@troutman.com | Telephone:  (973) 379-7500
  | E-Mail: francis@sternthomasson.com
  | E-Mail: philip@sternthomasson.com
  | E-Mail: andrew@sternthomasson.com

38945502v1